**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-00229-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| FRANKIE ALLEN PERAZA, | ) | |
| Defendant(s). | ) | |

The Court hereby **SETS** a *Faretta* hearing in this case for today, August 13, 2015, at 3:00 p.m. in Courtroom 3B.  Defendant must be present.

IT IS SO ORDERED.

DATED: August 13, 2015

NANCY J. KOPPE
United States Magistrate Judge