UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:14-cr-00229-APG-NJK |
| vs. | ) | |
| FRANKIE ALLEN PERAZA, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Suppress Statements. Docket No. 61. The Court hereby SETS an evidentiary hearing on this motion, for May 17, 2016, at 11:00 a.m. in Courtroom 3B. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

DATED: April 25, 2016.

 
NANCY J. KOPPE
United States Magistrate Judge