UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00229-APG-NJK |
| vs. | |
| FRANKIE ALLEN PERAZA, | **O R D E R** |
| Defendant. | |

Pending before the Court is the United States' notice regarding its production to Defendant of SWAT logs and reports. Docket No. 72. No later than May 26, 2016, Defendant shall file a notice with the Court that states: (1) whether the discovery production satisfies Defendant's discovery request as discussed during the evidentiary hearing on May 17, 2016; and (2) if so, whether Defendant intends to call another witness to testify at the evidentiary hearing on his motion to suppress statements as a result of this discovery production.

IT IS SO ORDERED.

DATED: May 25, 2016.

NANCY J. KOPPE
United States Magistrate Judge