**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00229-APG-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | (Docket No. 77) |
| FRANKIE PERAZA, ) | |
| ) | |
| Defendant(s). ) | |

Pending before the Court is a stipulation to continue the evidentiary hearing set on Defendant's motion to suppress, Docket No. 77, which is hereby **DENIED** without prejudice. First, the stipulation fails to provide an order and signature block as required by Local Rule IA 6-2. Second, the parties fail to explain why a 45-day extension is required and, similarly, the parties fail to address the fact that such an extension will almost certainly require a continuance of the trial date, which is currently set for August 8, 2016. *See* Docket No. 63. Third, the parties fail to explain why they waited to file this stipulation until only three days before the scheduled hearing to alert the Court to a scheduling conflict with a trial in another case.

IT IS SO ORDERED.

DATED: June 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge