# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 2:14-cr-00229-APG-NJK |
| vs. | ) |
| FRANKIE ALLEN PERAZA, | ) |
| | ) |
| Defendant. | ) **ORDER** |

On January 27, 2017, this Court granted the Defendant's Motion to Dismiss Counsel and Motion for Appointment of Counsel. Docket Nos. 126 and 127.

Accordingly, IT IS HEREBY ORDERED that Telia U. Williams, Esq., is APPOINTED as counsel for Defendant Frankie Allen Peraza in place of Thomas A. Ericsson, Esq., for all future proceedings.

Mr. Ericsson's office shall forward the file to Ms. Williams forthwith.

DATED this \_\_\_\_27th\_\_\_\_ day of January, 2017.

Nunc Pro Tunc Date: January 26, 2017.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE