# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FRANKIE ALLEN PERAZA,<br><br>　　　　　Defendant. | Case No. 2:14-cr-0229-APG-NJK<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS**<br><br>ECF No. 61 |

　　　Defendant Frankie Allen Peraza filed a motion to suppress statements he made to law enforcement officers. ECF No. 61. After conducting an evidentiary hearing, Magistrate Judge Koppe entered her Report & Recommendation recommending that the motion to suppress be denied. ECF No. 103. Mr. Peraza filed an Objection to the Report & Recommendation (ECF No. 141) and the Government filed a Response (ECF No. 145). Pursuant to Local Rule IB 3-2(b), I have conducted a *de novo* review of the motion to suppress and related papers. Good cause appearing,

　　　IT IS HEREBY ORDERED that Magistrate Judge Koppe's Report & Recommendation **(ECF No. 103) is accepted**. Mr. Peraza's motion to suppress **(ECF No. 61) is denied.**

　　　Dated: May 19th, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE