UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKIE ALLEN PERAZA,<br><br>Defendant. | Case No. 2:14-cr-0229-APG-NJK<br><br>**ORDER GRANTING MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OFFERED BY THE DEFENDANT**<br><br>(ECF No. 158) |

The Government moves *in limine* to preclude defendant Frankie Allen Peraza from offering testimony at trial by an expert. ECF No. 158. Peraza responds that he does not anticipate calling an expert at trial. ECF No. 163. Therefore, I will grant the motion.

IT IS HEREBY ORDERED that the Government's motion in limine **(ECF No. 158) is GRANTED**. Absent some change in circumstances regarding this case, defendant Peraza may not introduce expert testimony at the trial.

Dated: August 9, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE