1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANKIE ALLEN PERAZA,

Defendant.

Case No. 2:14-cr-0229-APG-NJK

**ORDER GRANTING MOTION IN LIMINE REGARDING DEFENDANT'S SWORN STATEMENTS**

ECF No. 159

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Government moves *in limine* for permission to introduce at trial statements made by defendant Frankie Allen Peraza in a written plea agreement, during his aborted plea hearings, and during a suppression hearing. ECF No. 159. The Government does not seek to introduce those statements during its case-in-chief, but rather hopes to use such statements only for impeachment or rebuttal purposes. Peraza does not oppose the introduction of his sworn, in-court statements for impeachment or rebuttal purposes. ECF No. 164 at 1. But he opposes the use of the statements in his plea agreement.

Federal Rule of Evidence 410 generally precludes the admission of statements made during a guilty plea or plea discussions. However, in his plea agreement, Peraza waived his rights under Rule 410. ECF No. 159-1 at 4-5. The Supreme Court of the United States has upheld the enforceability of such contractual waivers. *United States v. Mezzanatto*, 513 U.S. 196, 210 (1995) ("[A]bsent some affirmative indication that the agreement was entered into unknowingly or involuntarily, an agreement to waive the exclusionary provisions of the plea-statement Rules is valid and enforceable."). Peraza does not argue—and there is nothing in the record to demonstrate—that his waiver was procured through fraud or coercion. Thus, Rule 410 is not applicable here and the Government may use his statements for impeachment and rebuttal purposes.

IT IS HEREBY ORDERED that the Government's motion in limine **(ECF No. 159) is GRANTED**. The Government may introduce at trial the facts set forth in the plea agreement to

impeach or rebut any evidence, argument or representation offered by or on the defendant's behalf. The Government also may introduce Peraza's sworn statements from his plea hearings and suppression hearing to impeach or rebut any testimony he gives at trial.

Dated: August __9__, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE