UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANKIE ALLEN PERAZA,<br><br>　　　　　　　　　Defendant. | Case No. 2:14-cr-0229-APG-NJK<br><br>**ORDER GRANTING DEFENDANT'S EMERGENCY MOTION FOR ACCESS TO PHONE CALL WITH EXPERT**<br><br>(ECF No. 203) |

　　　　Defendant Frankie Allen Peraza has filed an emergency motion for an order requiring the detention center to allow him time today for a confidential phone call with his expert consultant to prepare for trial. ECF No. 203. Given that the trial is to start on Monday, September 11, there are good reasons to grant this request on an emergency basis.

　　　　IT IS HEREBY ORDERED that the defendant's motion **(ECF No. 203) is GRANTED**. The Nevada Southern Detention Center shall provide inmate Frankie Allen Peraza with access to a confidential telephone on **Thursday, September 7, 2017 at 2:00pm**, in order to place a call to his computer forensic expert, Leon Mare (License # 1498), at the telephone number: **702-435-8885, ext. 118**, for approximately thirty (30) minutes, in order to assist Mr. Peraza's preparation of his trial, scheduled to begin on September 11, 2017.

　　　　Dated: September 7, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE