```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
```

```
UNITED STATES OF AMERICA,     )
                              )
    Plaintiff(s),             )
                              )
vs.                           )    2:14-cr-00229-APG-NJK-1
                              )
FRANKIE ALLEN PERAZA,         )
                              )
    Defendant(s).             )
                              )
```

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that the meal for September 14, 2017 for said jury shall be paid by the Clerk of Court.

DATED this 14th day of September, 2017.

                                    ANDREW P. GORDON
                                    UNITED STATES DISTRICT JUDGE

FILED ____ RECEIVED ____
ENTERED ____ SERVED ON ____
COUNSEL/PARTIES OF RECORD
SEP 14 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY