# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>FRANKIE PERAZA,<br>　　　　　Defendant. | Case No. 2:14-cr-00229-APG-NJK<br>ORDER<br>(Docket No. 224) |

Pending before the Court is Defendant's motion for *Faretta* hearing. Docket No. 224. The Court **GRANTS** Defendant's motion for hearing, and **SETS** a hearing for a Faretta canvass for October 26, 2017, at 11:00 a.m. in Courtroom 3B. Defendant and his counsel must be present.

IT IS SO ORDERED.

DATED: October 23, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge