**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00229-APG-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANKIE ALLEN PERAZA, | ) | |
| Defendant. | ) | (Docket No. 233) |
| | ) | |

On January 2, 2018, while represented by counsel, Defendant Frankie Allen Peraza filed a *pro se* motion for return of property. Docket No. 233. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 233, shall be **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: January 4, 2018.

NANCY J. KOPPE
United States Magistrate Judge