UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-0229-APG-NJK |
|---|---|
| Plaintiff, | **ORDER AMENDING SPECIAL CONDITIONS OF SUPERVISED RELEASE** |
| v. | |
| FRANKIE ALLEN PERAZA, | |
| Defendant. | |

After the sentencing hearing yesterday, I gave further consideration to Special Condition of Supervised Release number 3 ("minor prohibition"), particularly with regard to Mr. Peraza's contact with his own children. I have no information that Mr. Peraza represents a danger to his children, or that he will be a danger once his term of imprisonment is over. Therefore, at this time I will not prohibit him from having contact with his children. I will revise Special Condition number 3 to say that it does not relate to contact with his own children. I will add a sentence at the end of that special condition saying: "This restriction may be modified to include a prohibition against contacting your own children if a sex-offender treatment specialist recommends that you are a danger to your children."

If either party wants me to reconsider this decision, file a motion immediately.

Dated: February 23, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE