```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,     )
                              ) Case No. 2:14-cr-00229-APG-NJK
             Plaintiff,       )
                              )   ORDER TEMPORARILY
vs.                           ) UNSEALING AUDIO RECORDING
                              )
FRANKIE ALLEN PERAZA,         )
                              )
             Defendant.       )
_____)
```

Wendi L. Overmyer, Esq., filed a Designation of Transcripts (Doc. 253). Of the transcripts requested, the following docket number are proceedings that are either sealed or contain a sealed portion: **Docket No. 228.** The transcript is to be prepared by AMBER McCLANE, Certified Court (Reporter) Transcriber.

**IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by AMBER McCLANE and providing a copy of the transcript to Wendi L. Overmyer, Esq., as requested.

**IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

1  **IT IS FURTHER ORDERED** that the receiving party shall not
2  disclose the sealed contents of the transcript of the
3  proceeding to anyone other than the representatives of the
4  parties directly concerned with this case.
5      **DATED** this __2nd__ day of __May__, 2018
6
7               _____
             NANCY J. KOPPE
8               United States Magistrate