___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 10 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANKIE ALLEN PERAZA, ) <br> Defendant. ) | **Case No. 2:14-cr-229-APG-NJK** <br><br> **ORDER TEMPORARILY** <br> **UNSEALING NOTES** |

On 4-10-2018, Heather K. Newman, Court Reporter, received a Transcript Order form requesting the transcript of a **Change of Plea Hearing**, in which a portion of the hearing was sealed, held on 6-24-2015, from Wendy Overmyer

**IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Wendy Overmyer.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 10th day of May, 2018.

_____
ANDREW P. GORDON
United States District Judge