**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00229-APG-NJK |
| Plaintiff | **Order for Status Report** |
| v. | |
| FRANKIE ALLEN PERAZA, | |
| Defendant | |

In light of the parties' status report (ECF No. 295),

I ORDER that defendant Frankie Allen Pereza's counsel shall file a status report by October 14, 2020.

DATED this 13th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE