# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FRANKIE ALLEN PERAZA,<br><br>  Defendant. | Case No.: 2:14-cr-00229-APG-NJK<br><br>**ORDER**<br><br>(Docket No. 298) |

Pending before the Court is Defendant Frankie Allen Peraza's motion to compel defense counsel to surrender its file to him. Docket No. 298. Defendant submits that he needs the file in order to prepare and file a motion pursuant to 28 U.S.C. § 2255. *Id*. at 2. In response, the Federal Public Defender initially submitted that it was working to put the file together and provide it to Defendant. *See* Docket No. 299. The Federal Public Defender has now submitted a status report, which states that Defendant's entire case file has now been mailed to him. *See* Docket No. 302.

Accordingly, Defendant's motion to compel, Docket No. 298, is hereby **DENIED** as moot.

IT IS SO ORDERED.

Dated: June 10, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE