# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FRANKIE ALLEN PERAZA,<br><br>  Defendant. | Case No.: 2:14-cr-00229-APG-NJK<br><br>**Order Denying Defendant's Motion to Correct Clerical Error**<br><br>**[ECF No. 311]** |

Defendant Frankie Allen Peraza moves under Federal Rule of Criminal Procedure 36 to correct what he considers to be two clerical errors in his amended judgment. ECF No. 311. I deny the motion.

Peraza first contends the judgment inaccurately describes the crime he was convicted of. The judgment says Peraza was convicted of "Receipt or Distribution of Child Pornography." ECF No. 297. That is the same crime listed in the indictment. ECF No. 1. Because there is no clerical error, I deny this portion of Peraza's motion.

Peraza next argues that the judgment's mandatory condition of supervision requiring compliance with the Sex Offender Registration and Notification Act (SORNA) improperly delegates judicial authority to the United States Probation Office. This is not a clerical error; rather, Peraza is attacking this condition on its merits. Such a challenge is not appropriate under Rule 36, which is limited to correcting clerical errors. Notably, Peraza did not challenge this condition when he appealed his conviction to the Ninth Circuit. Moreover, the Ninth Circuit has rejected this argument in another case. *United States v. Dailey*, 941 F.3d 1183, 1194-95 (9th Cir. 2019). Because there is no error, clerical or otherwise, I deny this portion of Peraza's motion.

I THEREFORE ORDER that Peraza's motion **(ECF No. 311) is denied**.

Dated: November 5, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE