**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>FRANKIE ALLEN PERAZA,<br><br>     Defendant. | Case No.: 2:14-cr-00229-APG-NJK<br><br>**Order Denying Defendant's Motion for Reconsideration**<br><br>**[ECF No. 314]** |

I previously denied defendant Frankie Allen Peraza's motion under Federal Rule of Criminal Procedure 36 to correct what he considers to be clerical errors in his amended judgment. ECF No. 313.  Peraza now moves for reconsideration of that order. ECF No. 314. However, nothing in Peraza's motion causes me to reconsider or change my prior ruling.

I THEREFORE ORDER that Peraza's motion **(ECF No. 314) is denied**.

Dated: June 22, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE